**DISMISS and Opinion Filed February 14, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00699-CV

## SHANA SHACKELFORD, Appellant
## V.
## CATAMOUNT PROPERTIES 2018 LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03644-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by December 30, 2023. By postcard dated January 3, 2024, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                  /Robert D. Burns, III/
                                  ROBERT D. BURNS, III
                                  CHIEF JUSTICE

230699F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SHANA SHACKELFORD, Appellant

No. 05-23-00699-CV     V.

CATAMOUNT PROPERTIES 2018 LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-23-03644-E.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 14, 2024